UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM ) | |
| ) | |
| Plaintiff, ) | Case No. 3:14cv2398 |
| ) | |
| v. ) | |
| ) | |
| CITIBANK ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on February 23, 2015.

KEITH THROCKMORTON, CLERK

/s/ Debby Sawyer